U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 1 1 2026
CLERK, U.S. DISTRICT COURT
By ____________
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA

v.

CARLOS EDUARDO AGUIRRE-GARCIA (01)

No. 4-26CR-313-O

# INDICTMENT

The Grand Jury Charges:

Count One
Illegal Reentry After Deportation
(Violation of 8 U.S.C. § 1326(a) and (b)(1)/(2))

On or about November 7, 2024, in the Fort Worth Division of the Northern District of Texas, the defendant, **Carlos Eduardo Aguirre-Garcia**, an alien, was found in the United States having previously been deported and removed from the United States on or about January 6, 2017, and the defendant had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b)(1)/(2).

Count Two
Assaulting a Federal Officer Using a Deadly and Dangerous Weapon
(Violation of 18 U.S.C. § 111(a)(1) and (b))

On or about July 5, 2026, in the Fort Worth Division of the Northern District of Texas, defendant **Carlos Eduardo Aguirre-Garcia** did knowingly and forcibly assault, resist, oppose, impede, intimidate, and interfere with U.S. Immigration and Customs Enforcement Agents A.J. and H.S. while agents A.J. and H.S. were engaged in their official duties, and in the commission of said act, the defendant used a deadly and dangerous weapon.

In violation of 18 U.S.C. § 111(a)(1) and (b).

A TRUE BILL.

FOREPERSON

RYAN RAYBOULD
UNITED STATES ATTORNEY

ERIC B. CHEN
Assistant United States Attorney
Texas State Bar No. 24094587
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 252-5200
Fax: (817) 252-5455
Email: eric.chen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

---

THE UNITED STATES OF AMERICA

v.

CARLOS EDUARDO AGUIRRE-GARCIA (01)

---

INDICTMENT

8 U.S.C. §§ 1326(a) and (b)(1)/(2)
Illegal Reentry After Deportation
Count 1

18 U.S.C. § 111(a)(1) and (b)
Assaulting a Federal Officer Using a Deadly and Dangerous Weapon
Count 2

---

A true bill rendered

---

FORT WORTH [signature] FOREPERSON

Filed in open court this 10th day of September 2026.

---

**In Federal Custody**

---

[signature]

UNITED STATES MAGISTRATE JUDGE
Pending Criminal Matter 4:26-MJ-634-BJ